UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LORI DUNNEMAN,

    Plaintiff,

vs.                                                            CASE NO. 5:07cv3/RS/AK

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration,

    Defendant.
_____/

**ORDER**

       Before the court is the Magistrate Judge's Report and Recommendation (Doc. 45). Plaintiff does not oppose the Defendant's Motion to Remand (Doc. 44).

**IT IS ORDERED**:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    Defendant's Motion to Remand (Doc. 44) is granted and the Commissioner's decision denying benefits is reversed.

3.    This case is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).

4.    Defendant is ordered to direct the Administrative Law Judge to award benefits because plaintiff's impairment equaled 20 C.F.R. pt. 404, subpt. P, app. 1, § 11.02.

5. The clerk is directed to close the file.

**ORDERED** on November 13, 2007.

/S/ Richard Smoak
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**